**Bank**
America's Most Convenient Bank®

2964 BRIGHTON 6TH REALTY CORP
DEBTOR IN POSSESSION
DIP 19-44355-NHL
2964 BRIGHTON 6TH ST
BROOKLYN NY            11235



039 / Chapter 11 Checking    4370273123

| | | | |
|---|---|---|---|
| Statement Beginning Balance As Of: 08/15/2019 | | | $0.00 |
| Plus | 1 | Deposits and Other Credits | $50.00 |
| Less | 0 | Checks and Other Debits | $0.00 |
| Statement Balance As Of: 08/15/2019 | | | $50.00 |

## Transactions By Date

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 08/12/2019 | DEPOSIT | | $50.00 | $50.00 |