UNITED STATES BANKRUPTCY COURT
EASTERN DISTERICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
|   |   |
|---|---|
| In re: | : |
|  | : Chapter 11 |
| 2964 Brighton 6th Realty Corp. | : Judge Nancy Hershey |
| Lord |  |
|  | Case No. 19-44355 |
|  | : |
| Debtors.   : |  |
|  | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DEBTORS' APPLICATION FOR RETENTION OF PROFESSIONAL

1. The applicant 2964 Brighton 6th Realty Corp. (the "Debtor"), has hired The Law Offices of Joshua Bronstein & Associates, PLLC, as an attorney for the single asset real estate debtor in possession in this single asset bankruptcy estate.

2. The applicant seeks to retain the Law Offices of Joshua Bronstein & Associates, PLLC, to continue to serve as its's attorney in the bankruptcy case, # 19-44355.

3. Since the debtor is a company it must hire an attorney.

4. The professional services that the professional has been hired for is to appear in bankruptcy court, and file the necessary documents and papers, and attempt to have a successful resolution to this Chapter 11 matter.

5. The proposed arrangement for compensation is as follows: the debtor has agreed to pay the professional $6,500.00.

6. To the best of applicants' knowledge, the professional has no conflicts by providing the services.

7. To the best of applicant's knowledge, the professional does not hold an adverse

1

8.  The applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as administrative expense in such amounts as the Court may determine and allow.

Date: February 3, 2020

Janet Arklis, President of Debtor